

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-13-00519-CV

Robert **SAMANIEGO**,
Appellant

v.

Mary **SAMANIEGO**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0784-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's Objections to Appellee's Brief are DENIED.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court